Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Roger D. Moynihan (Appellant) appeals from the trial court's judgment entered upon a jury verdict convicting him of two counts of second-degree domestic assault and one count of armed criminal action. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court did not abuse its discretion in overruling Appellant's objection to the admission of evidence related to Appellant's uncharged acts of domestic assault against the victim. *State v. Kemp,* 212 S.W.3d 135, 145 (Mo. banc 2007). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).

Timothy Forneris, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., John W. Grantham, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, and KURT S. ODENWALD, JJ.

### ORDER

PER CURIAM.

The movant, Clarence Burgess, appeals the motion court's order dismissing his Rule 24.035 motion for post-conviction relief. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The motion court's order dismissing the movant's Rule 24.035 motion for post-conviction relief is affirmed. Rule 84.16(b)(2).

■

**Clarence BURGESS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97594.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 18, 2012.

■

**Robert W. FLEIS, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. ED 97692.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 18, 2012.